UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------x
:
E*TRADE FINANCIAL
CORPORATION,                               :    CIVIL CASE NO.:
                                                06-CV-0143-LEK-RFT
             Plaintiff,                    :
                                                **DEFAULT JUDGMENT**
     -against-                             :

HEATH A. SHARPE,                           :

             Defendant.
-----------------------------------------------x

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT ?? 2006

LAWRENCE K. BAERMAN CLERK
ALBANY

The summons and complaint in the above-entitled action having been served upon the defendant, Heath A. Sharpe on the 4th day of May, 2006 and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Gregory J. Ligelis, the attorney for the plaintiff, it is hereby

**ORDERED and ADJUDGED** that plaintiff, E*Trade Financing Corporation does recover of defendant, Heath A. Sharpe whose last known address is 246 Churchland Road, Saugerties New York 12477 the sum of $112,334.16, which consists of remaining balance of $100,397.08, $11,570.00 in attorney's fees and $367.08 in costs, and that plaintiff has execution therefor.

Judgment signed this 24th day of Oct, 2006.

By_____
     USDJ